**Order filed August 16, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00710-CV

_____

## SUZANNE SONDRUP RON, ON BEHALF OF HERSELF AND AS TRUSTEE ON BEHALF OF THE SUZANNE RON 2012 FAMILY TRUST, Appellant

## V.

## AVISHAI RON, ET AL, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19071**

## ORDER

On August 14, 2018, appellant filed a motion as asking this court to stay an anti-suit injunction and a temporary restraining order both dated August 3, 2018 and entered in trial court number 2017-19071 by the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas. *See* Tex. R. App. P. 29.3.

We grant the motion as to the anti-suit injunction but deny the motion as to

the temporary restraining order. We ORDER the anti-suit injunction STAYED until a final decision by this court on the appeal or until further order of this court.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.